UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS, | No. 2:22-cv-0513 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| D. LACROIX, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a request to participate in the Post-Screening ADR Project. ECF No. 7.

A recommendation is currently pending for denial of plaintiff's application to proceed in forma pauperis. ECF No. 4. The complaint will not be screened until after plaintiff's fee status has been resolved. The request to participate in the Post-Screening ADR Project is therefore premature and will be denied. The request is also unnecessary because in the event the complaint is screened and is found to state a claim, the case will be automatically referred to the program once defendant has waived service or been served.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request to participate in the Post-Screening ADR Project (ECF No. 7) is DENIED.

DATED: April 27, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE