UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. LACROIX,<br><br>　　　　　Defendant. | No.  2:22-cv-0513 KJM AC<br><br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On March 24, 2022, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  F&R, ECF No. 4.  Plaintiff has filed objections to the findings and recommendations.  Obj, ECF No. 6.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.  In his objection, plaintiff reiterated defendant called him a snitch in front of other inmates.  Obj. at 2.  However, the magistrate judge addressed why this allegation does not rise to the level of

1

imminent danger necessary for plaintiff to proceed in forma pauperis under 28 § 1915(g).  F&R at 2–3.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed March 24, 2022 (ECF No. 4), are adopted in full.

2. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED.

3. Within thirty days of the service of this order plaintiff shall pay the entire $402.00 in required fees or face dismissal of the case.

4. This matter is referred back to the magistrate judge for all further pretrial proceedings.

DATED:  February 21, 2023.

CHIEF UNITED STATES DISTRICT JUDGE